**Electronically Filed
Supreme Court
SCOT-12-0000678
08-AUG-2012
11:15 AM**

NO. SCOT-12-0000678

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ARWIN R. ECHINEQUE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna,
and Pollack, JJ.)

Upon review of the complaint filed in the supreme court by plaintiff Arwin R. Echineque, it appears that we lack jurisdiction to consider the complaint. See HRS § 602-5 (Supp. 2011). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, August 8, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

